THE PANAMA RAILROAD COMPANY, RESPONDENT, *v.* TRACY ROBINSON, APPELLANT.

APPEAL from an order denying a motion to vacate an order of arrest. The motion was made on the ground that the affidavit, on which the order of arrest was made, was insufficient, and that the complaint was for the recovery of money on contract. The court was of opinion that the affidavit, independent of that part made

on information, showed that the defendant had converted money of plaintiff to his own use, and that the complaint set forth a cause of action for such misappropriation.

*George H. Forster*, for the appellant.

*Henry S. Bennett*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and LAWRENCE, J., concurred.

Order affirmed, with ten dollars costs and disbursements on appeal.